[No. 4447–5–III.   Division Three.   June 10, 1982.]

MARY E. STOLTE, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–01837–4, Gordon Swyter, J., entered March 5, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 4164–6–III.   Division Three.   June 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM BOYD, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4650, Clinton J. Merritt, J., entered September 26, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 9626–5–I.   Division One.   June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JIMMY EUGENE GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–03068–6, Robert E. Dixon, J., entered December 1, 1980. *Dismissed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and James, J.